**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SPECIALTY BUILDERS
INSURANCE COMPANY,

Plaintiff,

v. Case No. 3:26-cv-891-MMH-SJH

SCHAAK SERVICES,
INCORPORATED, d/b/a CTS
CUSTOM HOME BUILDERS, INC.,
et al.,

Defendants.

---

**O R D E R**

**THIS CAUSE** is before the Court sua sponte. On May 4, 2026, the Court entered an Order directing Plaintiff, Specialty Builders Insurance Company (Builders), to provide additional documentation to support this Court's exercise of subject matter jurisdiction over this declaratory judgment action. See Order (Doc. 10; Jurisdiction Order). In the Jurisdiction Order, the Court explained that it was unable to determine whether the amount in controversy requirement of 28 U.S.C. § 1332(a)(1) was satisfied. Id. at 2–5. In particular, the Court expressed doubts as to "whether Builders's action is ripe as to the costs of indemnification" and noted that Builders gave "no information to establish" its potential defense costs. Id. at 3–4.

Builders filed its response to the Jurisdiction Order on May 26, 2026. See Specialty Builders Insurance Company's Response to Order [DE 10] in Support of Subject Matter Jurisdiction (Doc. 13; Builders's Response). Upon review of Builders's Response, the Court remained unable to determine whether the exercise of subject matter jurisdiction would be proper. So, on July 8, 2026, the Court entered an Endorsed Order stating that "the Court's jurisdictional inquiry remains unresolved" and that Court would "address the matter upon the appearance of any Defendant or the filing of a motion for default judgment." See Endorsed Order (Doc. 18).

On July 13, 2026, two Defendants, Joe McGhee, Jr., and Tanya Wall (the Homeowners), appeared in this action by filing an answer. See Defendants Joe McGhee, Jr. and Tanya Wall's Answer to Complaint for Declaratory Judgment (Doc. 19; Answer). In the Answer, the Homeowners do not raise the defense of lack of subject matter jurisdiction. See generally Answer. In response to Builders's contention that the amount in controversy is satisfied, the Homeowners allege they are "without knowledge … and therefore deny said allegations and demand strict proof thereof." Id. ¶ 9; see also Complaint for Declaratory Judgment (Doc. 1; Complaint), filed April 16, 2026, ¶ 9.

In light of the foregoing, the Court will direct the Homeowners to file a response respecting this Court's subject matter jurisdiction. In preparing their

response, the Homeowners must review the authority Builders cites in its response and address whether that authority supports the Court's exercise of subject matter jurisdiction over this action.

Accordingly, it is

**ORDERED:**

On or before **August 20, 2026**, Defendants Joe McGhee, Jr., and Tanya Wall shall file a response respecting the Court's subject matter jurisdiction. In their response, they must address whether the authorities cited in Specialty Builders Insurance Company's Response to Order [DE 10] in Support of Subject Matter Jurisdiction (Doc. 13) support the Court's exercise of subject matter jurisdiction over this action.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of July, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

lc33

Copies to:
Counsel of Record